IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN HALE                                                                                              PLAINTIFF

VERSUS                                                                    CIVIL ACTION NO. 1:12cv130-JMR

SHERIFF BRISOLARA; DR. COLTER;
HARRISON COUNTY BOARD OF SUPERVISORS;
CAPTAIN LEGE and                                                                                    DEFENDANTS
PAT OLSEN

ORDER

This matter is before the Court pursuant to the Motion to Dismiss [46] filed by the plaintiff, John Hale. Hale states that he moves to dismiss case number 1:12cv130 without prejudice. The Court finds that the Motion to Dismiss without prejudice should be granted. It is therefore,

ORDERED that Motion to Dismiss [46] be, and is hereby, granted. It is further,

ORDERED that all claims advanced against these defendants pursuant to 42 U.S.C. § 1983 and under state law be, and are hereby, dismissed without prejudice. A copy of this Order has been forwarded to Plaintiff at his last known address by certified mail, return receipt requested. It is further,

ORDERED that each party bear their respective costs associated with this motion.

SO ORDERED, this the 9th day of January, 2013.

    s/ John M. Roper, Sr.
    CHIEF UNITED STATES MAGISTRATE JUDGE